DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ROBERT R. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2377

————————————————

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Robert R. Williams, pro se.

PER CURIAM.

        Affirmed.

KELLY, ATKINSON, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.